**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Court File No. 25-CR-435 (SRN/EMB) |
| Plaintiff, | |
| v. | **ORDER** |
| **TYLER MAXON AVALOS,** | |
| Defendant. | |

Benjamin Bejar, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the Government.

Daniel Gerdts, GERDTS LAW PLLC, 331 Second Avenue South, Suite 705, Minneapolis, MN 55401, for Defendant.

This matter comes before the Court upon Defendant's Motion to Dismiss Superseding Indictment (Doc. No. 37), and the Report and Recommendation of United States Magistrate Judge Elsa M. Bullard dated May 7, 2026. (Doc. No. 48.)  No objections have been filed to that Report and Recommendation in the time period permitted.  Accordingly, upon all of the files, records and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1.  The Report and Recommendation (Doc. No. 48) is **ADOPTED**; and

2.  A ruling on Defendant's Motion to Dismiss Superseding Indictment (Doc. No. 37) is **DEFERRED** until a factual record is developed at trial or upon the parties' stipulation to a factual record.

Dated: <u>Tuesday, May 26, 2026</u>                    *s/ Susan Richard Nelson*
                                                                    Susan Richard Nelson
                                                                    United States District Judge