UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-435 (SRN/EMB)

UNITED STATES OF AMERICA,

Plaintiff,

v.

TYLER MAXON AVALOS,

Defendant.

**VERDICT FORM**

**COUNT 1**
(Interstate Transmission of a Threat to Injure the Person of Another)

We, the Jury, unanimously find the defendant, Tyler Maxon Avalos,

_____ NOT GUILTY

✓ GUILTY

of the crime of Interstate Transmission of a Threat to Injure the Person of Another, as charged in **Count 1** of the Indictment.

**WHEN YOU HAVE COMPLETED YOUR DELIBERATIONS, PLEASE HAVE YOUR FOREPERSON SIGN AND DATE BELOW:**

Signature Redacted
FOREPERSON'S SIGNATURE

11/4/26
DATE

01:22pm

SCANNED
NOV 04 2026
U.S. DISTRICT COURT ST. PAUL